IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Amy D

Printed: 10/22/08

Case Number: 08 B 11943
Judge: Wedoff, Eugene R
Filed: 5/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 317.00 |  |
| Secured: |  | 296.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 20.60 |
| Other Funds: |  | 0.00 |
| Totals: | 317.00 | 317.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Financial Illinois Inc | Secured | 4,539.51 | 296.40 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 870.42 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 486.58 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 620.05 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 1,660.86 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 491.55 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 136.53 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 506.00 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 491.09 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 447.14 | 0.00 |
| 11. | SST | Secured |  | No Claim Filed |
| 12. | American Investment Bank | Secured |  | No Claim Filed |
| 13. | Centrix Financial A/K/A FlatIron Fin | Secured |  | No Claim Filed |
| 14. | Credit Management Service | Unsecured |  | No Claim Filed |
| 15. | AT&T Credit Management | Unsecured |  | No Claim Filed |
| 16. | CCS | Unsecured |  | No Claim Filed |
| 17. | CCS | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 20. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 21. | American Collections & Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,249.73 | $ 296.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Amy D

Printed: 10/22/08

Case Number:  08 B 11943
Judge:  Wedoff, Eugene R
Filed:  5/10/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 20.60 |
|  | $ 20.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

